sage
PERSONAL FINANCE

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 08/16/2026, Lashayla King

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Eastern District of North Carolina.

Case number: 26-03550

Certificate number: NCE26-035504966354

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance